No. — – —. RAMOUNDOS *v.* MULLEN. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. — – —. HALL *v.* ARKANSAS. Motion of petitioner for leave to proceed *in forma pauperis* denied.

No. A–292. SCHAPIRO *v.* SCHAPIRO. Ct. Common Pleas of Montgomery County, Pa. Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. D–1282. IN RE DISBARMENT OF KEITHLEY. Disbarment entered. [For earlier order herein, see 509 U. S. 936.]

No. 92–1450. WATERS ET AL. *v.* CHURCHILL ET AL. C. A. 7th Cir. [Certiorari granted, 509 U. S. 903.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 92–1479. MCDERMOTT, INC. *v.* AMCLYDE ET AL. C. A. 5th Cir. [Certiorari granted, 509 U. S. 921.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 92–1625. INTERNATIONAL UNION, UNITED MINE WORKERS OF AMERICA, ET AL. *v.* BAGWELL ET AL. Sup. Ct. Va. [Certiorari granted, 508 U. S. 949.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 93–241. JAFFE *v.* SNOW ET AL. Dist. Ct. App. Fla., 5th Dist. The Solicitor General is invited to file a brief in this case expressing the views of the United States.